UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA GLEASON,

       Plaintiff,                                       Case No. 23-cv-11337
                                                    Hon. Matthew F. Leitman

v.

TARGET CORPORATION,

       Defendant.
_____/

## JUDGMENT

In accordance with the Court's Order (ECF No. 26), dated November 21, 2024:

**IT IS ORDERED AND ADJUDGED** that Plaintiff Victoria Gleason's claims against Defendant Target Corporation are **DISMISSED WITH PREJUDICE**.

                                                                    KINIKIA ESSIX
                                                                    CLERK OF COURT

                                                     By:  s/Holly A. Ryan
                                                             Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  November 21, 2024
Detroit, Michigan

1